KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| DIANA BLAKELY, | |
|---|---|
| Plaintiff, | Case # 2:18-cv-00048-CKD |
| vs. | STIPULATED EXTENSION OF TIME |
| COMMISSIONER OF SOCIAL SECURITY | |
| Defendant. | |

The parties hereby stipulate by counsel and in accordance with the scheduling order Plaintiff shall have an extension of time to file Plaintiff's Opening Brief. Plaintiff's counsel has been unwell and requires the rescheduling of some deadlines to properly address the issues. As a solo practitioner, Plaintiff's counsel is unable to complete the briefing at this time. Parties stipulate to a 30-day extension. Opening Brief shall now be due on September 8, 2018.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Page 1     STIPULATION
                [2:18-cv-00048-CKD]

Mackenzie Legal, PLLC<br>
1003 Whitman Street<br>
Tacoma, WA 98406<br>
(206) 300-9063

Dated August 10, 2018:    /s/ Kelsey M Brown
                          KELSEY MACKENZIE BROWN CA #263109
                          Mackenzie Legal, PLLC
                          1003 Whitman
                          Tacoma, WA 98406
                          (206) 300-9063
                          Attorney for Plaintiff

Dated August 10, 2018:    s/ KELSEY M. BROWN for Daniel Talbert
                          DANIEL TALBERT
                          (per e-mail authorization)
                          Special Assistant U.S. Attorney
                          Office of the General Counsel

                          Of Attorneys for Defendant

## ORDER

The Court adopts the parties' stipulation as outlined above. As September 8, 2018 falls on a Saturday, Plaintiff's Opening brief is now due on September 10, 2018. The Court's Scheduling Order (Doc. 6) is modified accordingly.

Dated: August 20, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Page 2    STIPULATION
          [2:18-cv-00048-CKD]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063