KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| DIANA BLAKELY, | |
|---|---|
| Plaintiff, | Case # 2:18-cv-00048-CKD |
| vs. | STIPULATED EXTENSION OF TIME |
| COMMISSIONER OF SOCIAL SECURITY | |
| Defendant. | |

The parties hereby stipulate by counsel and in accordance with the scheduling order Plaintiff shall have an extension of time to file Plaintiff's Opening Brief. Plaintiff's counsel had several family emergencies arise. The most significant, Plaintiff's father had a heart attack outside the country and counsel has had to be outside the country to help while he is ailing. Counsel apologizes for this unforeseen delay. As a solo practitioner, Plaintiff's counsel is unable to complete the briefing at this time. Parties stipulate to a 30-day extension. Opening Brief shall now be due on October 8, 2018.

////

////

| | |
|---|---|
| Dated September 10, 2018: | /s/ Kelsey M Brown |
| | KELSEY MACKENZIE BROWN CA #263109 |
| | Mackenzie Legal, PLLC |
| | 1003 Whitman |
| | Tacoma, WA 98406 |
| | (206) 300-9063 |
| | Attorney for Plaintiff |

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

| | |
|---|---|
| Dated September 13, 2018: | s/ KELSEY M. BROWN for Daniel Talbert |
| | DANIEL TALBERT |
| | (per e-mail authorization) |
| | Special Assistant U.S. Attorney |
| | Office of the General Counsel |
| | |
| | Of Attorneys for Defendant |

## ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's Opening brief is now due on October 8, 2018. The Court's Scheduling Order (Doc. 6) is modified accordingly. As this is plaintiff's second extension of time, no further extensions of time to file Plaintiff's Opening Brief will be granted absent compelling reasons.

IT IS SO ORDERED.

Dated: September 17, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE